Danielle Victor
4 Loring Road
Methuen, MA 01844
978-857-4885
daniellevictorlegal@yahoo.com

Self-Represented - Pro Se Litigant

FILED
IN CLERKS OFFICE

2022 NOV 28 PM 1:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

**THE U.S. DISTRICT COURT FOR THE**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIELLE VICTOR,<br>Plaintiff,<br>v.<br>JUDGE YOLANDA OROZCO, in her full capacity, ET. AL,<br>Defendant | Case No.: Case No.: 1:22-cv-11348-PBS |

## NOTICE OF APPEAL

Notice is hereby given that Danielle Victor, the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Judge Patti B. Saris' denied orders of: The Plaintiff's Second Request for Full Court Review, The Plaintiff's Second Motion for Reconsideration, and The Plaintiff's Motion for Immediate Recusal and Disqualification of Judge Patti B. Saris Pursuant to 28 U.S.C 144 and 28 U.S.C 455 which are denied Dkt. 17. In addition to The Plaintiff's Motion to Seal the Record, and the Plaintiff's Motion to Amend her Complaint Ex-Parte with Judge Patti B. Saris which are denied on Dkt.

20, which was not mailed to the Plaintiff. All Motions have been denied by Judge Patti B. Saris and the Plaintiff moves to appeal the Memorandum and Order on each motion mentioned above and herein.

## CERTIFICATE OF SERVICE

I, Danielle Victor, can certify that I was granted a fee waiver for this case and that I do not have the financial means to serve the two hundred and sixteen (216) defendants listed on my complaint. I am informed and I do believe that this Court has failed to serve any of the Defendants, as there as been zero response from any named Defendants and Judge Saris has only acknowledged eleven (11) Defendants out of the two hundred and sixteen (216) listed.

**Date:** November 27, 2022

**Danielle K. Victor**
**Plaintiff in Pro Se**