UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DANIELLE VICTOR,                )
        Plaintiff,              )
                                )       Civil Action
        v.                      )       No. 22-11348-PBS
                                )
JUDGE YOLANDA OROZCO, et al.,   )
        Defendants.             )
```

## ORDER

June 10, 2024

SARIS, D.J.

Pro se plaintiff Danielle Victor of Methuen, Massachusetts, initiated this action in 2022 by filing several motions with her complaint against 11 California defendants and a Delaware corporation. Dkt. Nos. 1-4. On September 19, 2022, Victor was granted leave to proceed in forma pauperis and her motions for appointment of counsel and for entry of a temporary restraining order were denied. Dkt. Nos. 6, 7. At that time, Victor was advised that is she wished to proceed in this matter, she must file an amended complaint that demonstrates this Court's jurisdiction. Dkt. No. 7.

Victor's subsequent motions were denied. See Docket. On November 22, 2022, Victor filed a notice of appeal. Dkt. No. 22. On December 1, 2022, Victor's motion to stay was allowed. Dkt. No. 23. On December 22, 2022, this case was administratively stayed pending resolution of the appeal to the

United States Court of Appeals for the First Circuit.  Dkt. No. 27.

On March 11, 2024, the First Circuit dismissed Victor's appeal.  Dkt. No. 28.  Mandate issued on May 16, 2024.  Dkt. No. 29.

Based upon the foregoing, it is it is hereby ORDERED that

1. The clerk shall lift the administrative stay; and

2. If Plaintiff wishes to proceed in this matter, and for the reasons stated in the Court's September 19, 2022 Memorandum and Order (Dkt. No. 7), she must file an amended complaint that demonstrates this Court's jurisdiction.  Failure to comply with this directive on or before Tuesday, July 2, 2024, will result in dismissal of this action.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE