```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DANIELLE VICTOR,                    )
        Plaintiff,                  )
                                    )           Civil Action
        v.                          )           No. 22-11348-PBS
                                    )
JUDGE YOLANDA OROZCO, et al.,       )
        Defendants.                 )
```

## ORDER

November 20, 2024

SARIS, D.J.

For the reasons stated below, and for plaintiff's failure to comply with the June 10, 2024 Order to file an amended complaint on or before Tuesday, July 2, 2024, the motion to consolidate is denied and this action is dismissed.

### I. Background

Pro se Plaintiff Danielle Victor of Methuen, Massachusetts, initiated this action on August 30, 2022, by filing a complaint against 11 California defendants and a Delaware corporation. Dkt. No. 1.  On September 19, 2022, Victor was granted leave to proceed in forma pauperis and her motions for appointment of counsel and for entry of a temporary restraining order were denied.  Dkt. Nos. 6, 7.  At that time, Victor was advised that is she wished to proceed in this matter, she must file, on or before October 19, 2022, an amended complaint that demonstrates this Court's jurisdiction.  Dkt. No. 7.  The Order explained,

among other things, that this Court is without jurisdiction under the Rooker-Feldman doctrine and/or the Younger abstention doctrine. Id.  The order further advised that venue is not proper in the District of Massachusetts.  Id.

By Order dated October 14, 2022, the Court denied Victor's motion for reconsideration and for full court review and advised that if she wishes to proceed, she must file on or before October 28, 2022, an amended complaint that demonstrates this Court's jurisdiction.  Dkt. No. 11.

By Memorandum and Order dated November 7, 2022, the Court denied Victor's motions for immediate recusal, disqualification, full court review and second motion to reconsider the denial of appointed counsel.  Dkt. No. 17.  At that time, Victor was advised that she would be granted one final opportunity to file, on or before November 28, 2022, an amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure and demonstrates this Court's jurisdiction.  Id. Victor was advised that failure to timely comply will result in the dismissal of this action.  Id.

By Electronic Order dated November 22, 2022, Victor's motions to seal record and for leave to amend complaint ex parte were denied.  Dkt. No. 20.  Victor was reminded that her amended complaint is due on or before November 28, 2022.  Id.

On November 28, 2022, Victor filed a notice of appeal, Dkt. No. 22, and motion to stay proceedings pending appeal. Dkt. No. 23.  On December 22, 2022, the case was administratively stayed pending resolution of the appeal to the United States Court of Appeals for the First Circuit.  Dkt. No. 27.

The First Circuit dismissed Victor's appeal on March 11, 2024, and mandate was issued on May 16, 2024.  Dkt. Nos. 28, 29.

On June 10, 2024, the stay was lifted, Dkt. No. 32, and Victor was ordered to file, on or before July 2, 2024, an amended complaint that demonstrates this Court's jurisdiction. Dkt. No. 30.

On June 24, 2024, Victor filed a notice stating, among other things, that she sought to file an amended complaint on May 3, 2024, and now seeks to consolidate the two actions.[1]  Dkt. No. 34.  At that time, Victor filed a request for reimbursement. Dkt. No. 35.  By Electronic Order dated July 29, 2024, Victor's motion for reimbursement was denied.  Dkt. No. 36.

On August 1, 2024, Victor's 2024 action was transferred to the undersigned as a related civil case.  See Dkt. No. 15, C.A.

---

[1] Because mandate had not yet issued by the First Circuit, and the stay had not yet been lifted, plaintiff's amended complaint was not filed in the 2022 action, but was assigned a new civil action number.  See Victor v. The United States of America, No. 24-11198-NMG (filed May 3, 2024).

3

No. 24-11198. On June 24, 2024, Victor filed notices in both actions seeking to consolidate the actions and file the amended complaint in the instant action. Dkt. No. 34.

## II. Discussion

The stay was lifted in this case on June 10, 2024, and Victor was advised that if she wishes to proceed in this matter, and for the reasons stated in the Court's September 19, 2022 Memorandum and Order, she must file an amended complaint that demonstrates this Court's jurisdiction. The June 10th Order stated that failure to comply on or before Tuesday, July 2, 2024, will result in dismissal.

Although Victor filed in June a notice stating that on May 3, 2024, she filed her amended complaint in C.A. No. 24-11198-NMG, she failed to file her amended complaint in this action on or before the July 2, 2024 deadline. Because of this failure, this action will be dismissed.

## III. Conclusion

Based upon the foregoing, and for plaintiff's failure to file her amended complaint, it is it is hereby ORDERED that the motion to consolidate, Dkt. No. 34, is DENIED and this action is dismissed without prejudice.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE