**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DANIELLE VICTOR, Plaintiff, | ) | |
| v. | ) | Civil Action No. 22-11348-PBS |
| JUDGE YOLANDA OROZCO, et al., Defendants. | ) | |

**ORDER OF DISMISSAL**

SARIS, D.J.

In accordance with the Court's Order dated November 20, 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 11/20/2024

By /s/ Maryellen Molloy
Deputy Clerk